IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00012-MOC-WCM

| | |
|---|---|
| INDIAN D. JACKSON, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>HENDERSON COUNTY )<br>HOSPITAL CORPORATION )<br>(*formerly named as Pardee Memorial* )<br>*Hospital Foundation, Inc.*) )<br>*doing business as* )<br>Margaret Pardee Memorial Hospital, )<br>)<br>DEFENDANT. )<br>) | ORDER |

Before the court is a Joint Motion to Amend Pretrial Order and Case Management Plan (the "Motion," Doc. 18), by which the parties request that the remaining pretrial deadlines be extended by sixty days.

The current deadlines and proposed deadlines are:

|  | Current | Proposed |
|---|---|---|
| Discovery: | December 6, 2021 | February 4, 2022 |
| Mediation: | December 17, 2021 | February 15, 2022 |
| Motions: | January 6, 2022 | March 7, 2022 |

In support of their request, the parties state that they have served and exchanged responses and objections to written discovery requests, and that

counsel are "working to schedule depositions." Doc. 18 at 2. The Motion, though, does not indicate that any depositions have actually occurred.

The parties will be provided with some additional time to complete pretrial preparations, and the parties may otherwise engage in voluntary discovery as described in the Pretrial Order. However, as court-enforceable discovery opened in June 2021 with the entry of the Pretrial Order and further as this matter does not appear to be particularly complex, extensions of the length requested by the Motion do not appear to be warranted.

**IT IS THEREFORE ORDERED THAT:**

1. The Joint Motion to Amend Pretrial Order and Case Management Plan (Doc. 18) is **GRANTED IN PART**, and the following deadlines are **EXTENDED**:

   a. Discovery through and including **January 14, 2022;**

   b. Mediation through and including **January 21, 2022**; and

   c. Motions through and including **February 4, 2022**.

2. All other provisions of the Pretrial Order and Case Management Plan (Doc. 13), including the June 6, 2022 trial setting, remain in effect.

Signed: November 30, 2021

W. Carleton Metcalf
United States Magistrate Judge